PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NO. (Trans Court)
CR 07-60074-01

DOCKET NO. (Rec. Court)
CR08-0180 CW

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Roshea Hutson<br><br>Richmond, CA 97804 | OREGON | |

NAME OF SENTENCING JUDGE

Michael R. Hogan

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 1-29-08 | TO 1-28-10 |
|---|---|---|

**E-filing FILED MAR 21 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND**

OFFENSE

Identify Theft

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Effective Date: 2/13/08

United States District Judge: Michael R. Hogan

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date: 3-11-08

United States District Judge