


**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**OFFICE OF THE CLERK**
WAYNE L. MORSE UNITED STATES COURTHOUSE
405 EAST EIGHTH AVENUE, SUITE 2100
EUGENE, OREGON 97401
(541) 431-4100

**SHERYL MCCONNELL**
**CLERK OF COURT**

**CRAIG A. STARR**
**DIVISION MANAGER**

April 21, 2008

Clerk's Office
Northern District of California
Ronald V. Dellums Federal Bldg,
Suite 400S
1301 Clay Street
Oakland, CA 94612-5217

Re: USA v. Roshea Hutson
Our Number 07-60074-01-HO
Your Number 4:08CR0180-1 CW

Dear Clerk:

Pursuant to the Order of Transfer of Jurisdiction of Probationer signed by Judge Michael R. Hogan, please find enclosed certified copies of the following documents:

Transfer of Jurisdiction
Judgment
Indictment and/or information
Docket Sheet

Please acknowledge receipt of the above mentioned papers by returning the copy of this letter to our office.

Sincerely,

SHERYL S. MCCONNELL, CLERK

By Sheryl Vogelmeier, Deputy

enclosures

E-filing

PROB 22
(Rev. 2/88)

TRANSFER OF JURISDICTION

DOCKET NO. (Trans Court)
CR 07-60074-01

DOCKET NO. (Rec. Court)
CR08-0180 CW

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Roshea Hutson<br>Richmond, CA 97804 | OREGON | |
| | NAME OF SENTENCING JUDGE<br>Michael R. Hogan | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 1-29-08 / TO 1-28-10 |

ORIGINAL FILED MAR 21 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

OFFENSE

Identify Theft

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/13/08
Effective Date

Michael R. Hogan
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

RECEIVED 2008 MAR 21 PM 2:46 U.S. PROBATION OFFICE NORTHERN DIST. CALIF. OAKLAND

3-11-08
Effective Date

United States District Judge

Certified to be a true and correct copy of original filed in my office.
Dated 4-21-08
Sheryl S. McConnell, Clerk
By [signature] Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROSHEA RENEE LOUISE HUTSON,

Defendant.

Case No. CR 07-60074-HO

**SUPERSEDING INFORMATION**

[18 U.S.C. §§ 513(a), 1028(a)(7), (b)(1)(D), (c)(3)(A)]

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**[IDENTITY THEFT]**

Beginning at an undetermined time and continuing through May 11, 2006, in the District of Oregon and elsewhere, defendant Roshea Renee Louise Hutson knowingly transferred, possessed, or used, in and affecting interstate commerce, without lawful authority, a means of identification of another person with the intent to commit and in connection with violations of federal law, to wit, to utter and possess counterfeited securities, which constitutes a violation of federal law under Title 18, United States Code, Section 513(a), and which constitutes a felony under Oregon law, and during the course of the offense she obtained currency of a value aggregating $1,000.00 or more in the one (1) year period immediately preceding and including

////

////

////

////

////

Certified to be a true and correct copy of original filed in my office.
Dated 4-21-08
Sheryl S. McConnell, Clerk
By [signature] Deputy

May 11, 2006; all in violation of Title 18, United States Code, Section 1028(a)(7), (b)(1)(D), (c)(3)(A).

Dated this 10th day of September, 2007.

KARIN J. IMMERGUT
United States Attorney

SEAN B. HOAR
Assistant United States Attorney

FILED '08 FEB 19 12:06 USDC-ORE

Judgment in a Criminal Case
Sheet 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

**UNITED STATES OF AMERICA**

**-vs-**

**ROSHEA RENEE LOUISE HUTSON**

**AMENDED - JUDGMENT IN A CRIMINAL CASE**
**(For Offenses Committed On or After November 1, 1987)**

**Case Number CR 07-60074-HO-1**

**U.S. Marshal No. 69808-065**

Mark Weintraub
Defendant's Attorney

The defendant pleaded guilty to Count 1 of the Superseding Information. Accordingly, the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 18 USC 513(a), 1028(a)(7),(b)(1)(D),(c)(3)(A) | Identity Theft | Beginning on undetermined date and continuing thru May 11, 2006 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count 1 of the Information is dismissed on the motion of the United States.

Defendant shall pay a special assessment in the amount of $100 for Count 1 payable immediately to the Clerk of the US District Court, 405 East Eighth Avenue, Suite 2100, Eugene, OR 97401.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
January 29, 2008

MICHAEL R. HOGAN
UNITED STATES DISTRICT JUDGE

Dated this 18th day of February, 2008

Certified to be a true and correct copy of original filed in my office.
Dated 4-21-08
Sheryl S. McConnell, Clerk
By [signature] Deputy

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **credit for time served. ***

The defendant is remanded to the custody of the United States Marshal.

* **The Bureau of Prisons will determine the amount of prior custody that may be credited towards the service of sentence as authorized in Title 18 U.S.C. § 3585(b) and the policies of the Bureau of Prisons.**

## RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ____________________ to ________________________________

at ______________________________________________, with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By:______________________________
Deputy U.S. Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the Standard Conditions of Supervised Release that have been adopted by this court as set forth below. The defendant shall also comply with the additional Special Conditions of Supervision as set forth below.

## SPECIAL CONDITIONS OF SUPERVISED RELEASE

1. The defendant shall cooperate in the collection of DNA as directed by the probation officer, if required by law.

2. The defendant shall authorize release to the U.S. Probation Officer any and all financial information by execution of a release of financial information form, or by any other appropriate means, as directed by the probation officer.

3. The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation officer.

4. The defendant shall participate in mental health treatment, as directed by the probation officer.

5. The defendant shall adhere to a home detention schedule as prescribed by the probation officer for a period of 5 months, which may include electronic monitoring, global positioning surveillance, or other means of monitoring as directed by the probation officer. The defendant's employer or other third parties may be contacted at the probation officer's discretion to confirm the defendant's compliance with the home detention program. The defendant shall pay all or part of the costs of home confinement as determined by the probation officer, and may be held responsible for any damage to the monitoring equipment.

## STANDARD CONDITIONS OF SUPERVISED RELEASE

The Judges of the District of Oregon adopt the following standard conditions of probation and supervised release to apply in every case in which probation and/or supervised release is imposed upon a defendant. The individual judge may impose other conditions deemed advisable in individual cases of probation or supervised release supervision, as consistent with existing and future law.

1. The defendant shall report in person to the probation office for the district to which he or she is released within 72 hours of release from the custody of the Bureau of Prisons.
2. The defendant shall not commit another federal, state or local crime and shall not illegally posses a controlled substance. Revocation of probation or supervised release is mandatory for illegal possession of a controlled substance.
3. The defendant shall not possess a firearm, destructive, or dangerous device.
4. If the defendant illegally uses drugs or abuses alcohol, has a history of drug or alcohol abuse, or drug use or possession is determined to be an element of the defendant's criminal history or instant offense, the defendant shall participate in a

substance abuse treatment program as directed by the probation officer which may include urinalyses testing to determine if the defendant has used drugs or alcohol. In addition to urinalysis testing that may be part of a formal drug treatment program, the defendant shall submit up to eight (8) urinalysis tests per month.

5. The defendant shall submit to a search of his/her person, residence, office or vehicle, when conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.
6. The defendant shall not leave the judicial district without the permission of the court or probation officer.
7. The defendant shall report to the probation officer as directed by the court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.
8. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. The defendant may decline to answer inquiries if a truthful response would tend to incriminate him/her. Such a refusal to answer may constitute grounds for revocation.
9. The defendant shall support his/her dependents and meet other family responsibilities to the best of his/her financial ability.
10. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.
11. The defendant shall notify the probation officer **within 72 hours** of any change in residence or employment.
12. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, even as prescribed by a physician. If at any time, the probation officer has reasonable cause to believe the defendant is using illegal drugs or abusing alcohol, the defendant shall submit to urinalysis testing, breathalyzer testing, or reasonable examination of arms, neck, face and lower legs.
13. The defendant shall not knowingly frequent places where controlled substances are illegally sold, used, distributed, or administered.
14. The defendant shall not knowingly associate with any persons engaged in criminal activity, and shall not knowingly associate with any person convicted of a felony, unless granted permission to do so by the probation officer.
15. The defendant shall permit a probation officer to visit him/her at any reasonable time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer.
16. The defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer.
17. The defendant shall not enter into any agreement to act as an informant or a special agent of a law enforcement agency without the permission of the court.
18. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by his or her criminal record or personal history and characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such a notification requirement. This requirement will be exercised only when the probation officer believes a reasonably foreseeable risk exists or a law mandates such notice. Unless the probation officer believes the defendant presents an immediate threat to the safety of an identifiable individual, notice shall be delayed so the probation officer can arrange for a court hearing and the defendant can obtain legal counsel.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Fine | Restitution | TOTAL |
|---|---|---|
| $0 | $8,785 | $8,785 |

The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Washington Mutual<br>Fraud Support<br>9200 Oakdale Ave.<br>Chatsworth, CA 91311 | $8,785 | $8,785 | |
| **TOTALS** | **$8,785** | **$8,785** | |

Any payment shall be divided proportionately among the payees named unless otherwise specified.

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

## SCHEDULE OF PAYMENTS - Supervised Release

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

C. Special instructions regarding the payment of criminal monetary penalties:

The defendant shall pay full restitution to victim identified above in the amount of $8,785. Payment to begin immediately, and shall be paid at the maximum installment possible and not less than $100 per month. Interest on restitution amount is waived.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court at the address below, unless otherwise directed by the court, the probation officer, or the United States attorney.

**Clerk of the US District Court**
**405 E. 8th Avenue**
**Suite 2100**
**Eugene, OR 97401**

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

TERMINATED

**U.S. District Court**
**District of Oregon (Eugene)**
**CRIMINAL DOCKET FOR CASE #: 6:07-cr-60074-HO All Defendants**
**Internal Use Only**

Case title: USA v. Hutson
Magistrate judge case number: 6:06-mj-02020-TC

Date Filed: 07/16/2007
Date Terminated: 02/14/2008

---

Assigned to: U. S. District Judge Michael R Hogan
Referred to: Magistrate Judge Thomas M. Coffin

**Defendant**

**Roshea Renee Louise Hutson** (1)
*TERMINATED: 02/14/2008*

represented by **Mark Bennett Weintraub**
Office of the Federal Public Defender
151 West Seventh Avenue
Suite 510
Eugene, OR 97401
(541) 465-6937
Fax: (541) 465-6975
Email: mark_weintraub@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:513(a), 1028(a)(7),(b)(1)(D),(c)(3)(A) - IDENTITY THEFT (1s) | SENTENCE DATE: 1/29/08; IMPRISONMENT: credit for time served; SUPERVISED RELEASE: 3 years; RESTITUTION: $8,785 payable to Washington Mutual Fraud Support; SPECIAL ASSESSMENT: $100.00. Judge Hogan |

**Highest Offense Level (Opening)**

Felony

Certified to be a true and correct copy of original filed in my office.
Dated 4-21-08
Sheryl S. McConnell, Clerk
By [signature] Deputy
UNITED STATES DISTRICT COURT OREGON

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1028(a)(7), (b)(1)(D), (c)(3)(A) - IDENTITY THEFT | Dismissed on the motion of the United States |

(1)

**Highest Offense Level (Terminated)**

Felony

**Complaints**

18:1028A and 1344 - Aggravated Identity Theft

**Disposition**

**Plaintiff**

**USA**

represented by **Sean B. Hoar**
United States Attorney's Office
405 E. Eighth Avenue
Suite 2400
Eugene, OR 97401
(541) 465-6792
Fax: (541) 465-6840
Email: sean.hoar@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2006 | 1 | Complaint signed by Judge Thomas M. Coffin as to Roshea Renee Louise Hutson (1) (sln, ) [6:06-mj-02020-TC] (Entered: 05/17/2006) |
| 05/17/2006 | | *SEALED* Arrest Warrant Issued as to Roshea Renee Louise Hutson by Judge Thomas M. Coffin. Detention Requested. (sln, ) [6:06-mj-02020-TC] (Entered: 05/17/2006) |
| 05/17/2006 | 2 | Application and Affidavit for Search Warrant regarding personal property being held for Roshea Renee Louis Hutson an inmate at the Lane County Adult Corrections Facility which is located at 101 West 5th Avenue, Eugene signed by Judge Thomas M. Coffin (sln, ) Modified on 5/17/2006 (sln, ). [6:06-mj-02020-TC] (Entered: 05/17/2006) |
| 05/17/2006 | 3 | Search Warrant Issued regarding 2 Application and Affidavit for Search Warrant for personal property being held for Roshea Renee Louise Hutson an inmate at the Lane County Adult Corrections Facility which is located at 101 West 5th Avenue, Eugene by Judge Thomas M. Coffin (sln, ) Modified on 5/17/2006 (sln, ). [6:06-mj-02020-TC] (Entered: 05/17/2006) |
| 05/17/2006 | 4 | Search Warrant Returned Executed - Seizure on 5/17/06 regarding 2 Application and Affidavit for Search Warrant, (sln, ) [6:06-mj-02020-TC] (Entered: 05/17/2006) |

| | | |
|---|---|---|
| 05/17/2006 | 5 | **Minutes of Proceedings:**First / Initial Appearance before Judge Thomas M. Coffin as to Roshea Renee Louise Hutson held on 5/17/2006. Arraignment held on Complaint. Defendant advised of rights and charges. Order appointing counsel. Detention Hearing held for Roshea Renee Louise Hutson (1). Defendants Location-Custody status is: Released. Defendant waives speedy indictment. Status Conference is set for 6/12/2006 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin.Counsel Present for Plaintiff: Sean Hoar.Counsel Present for Defendant: Mark Weintraub.(Court Reporter Kristi Anderson) (lae, ) [6:06-mj-02020-TC] (Entered: 05/17/2006) |
| 05/17/2006 | 6 | Order Setting Conditions of Release as to Defendant Roshea Renee Louise Hutson by Judge Thomas M. Coffin signed on 5/17/06. (sln, ) [6:06-mj-02020-TC] (Entered: 05/17/2006) |
| 05/23/2006 | 7 | Arrest Warrant Returned Executed on 5/16/06 as to Roshea Renee Louise Hutson. (sln, ) [6:06-mj-02020-TC] (Entered: 05/24/2006) |
| 06/12/2006 | 8 | **Minutes of Proceedings:**Status Conference before Judge Thomas M. Coffin as to Roshea Renee Louise Hutson: Ordered further Status Conference is set for 7/10/2006 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. Defendant's appearance is required for the status hearing. Defendant orally waives an additional 30 days under the Speedy Trial Act for presentation of this matter to the grand jury.Counsel Present for Plaintiff: Sean Hoar.Counsel Present for Defendant: Mark Weintraub.(Court Reporter Eleanor Knapp) (cw, ) [6:06-mj-02020-TC] (Entered: 06/12/2006) |
| 06/14/2006 | 9 | Motion for Subpoenas and Witness Fees at Government's Expense by Roshea Renee Louise Hutson. (sln, ) [6:06-mj-02020-TC] (Entered: 06/15/2006) |
| 06/15/2006 | 10 | ORDER Granting 9 Motion for Subpoenas and Witness Fees at Government Expense as to Roshea Renee Louise Hutson (1) by Judge Thomas M. Coffin signed on 6/15/06. (sln, ) [6:06-mj-02020-TC] (Entered: 06/15/2006) |
| 07/06/2006 | 11 | Order as to Roshea Renee Louise Hutson: Defendant's appearance is waived for the status hearing set 7/10/06, before Judge Coffin. by Judge Thomas M. Coffin (cw, ) [6:06-mj-02020-TC] (Entered: 07/06/2006) |
| 07/10/2006 | 12 | **Minutes of Proceedings:**Status Conference before Judge Thomas M. Coffin as to Roshea Renee Louise Hutson: ordered further Status Conference is set for 8/14/2006 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. Defendant's appearance is waived for the status hearing. Defense orally waives an additional 30 days under the Speedy Trial Act for presentation of this matter to the grand jury.Counsel Present for Plaintiff: Sean Hoar.Counsel Present for Defendant: Mark Weintraub.(Court Reporter Kristi Anderson) (cw, ) [6:06-mj-02020-TC] (Entered: 07/11/2006) |
| 08/14/2006 | 13 | **Minutes of Proceedings:**Status Conference before Judge Thomas M. Coffin as to Roshea Renee Louise Hutson: Ordered further Status Conference is set for 9/5/2006 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. Defendant's appearance is waived for the status hearing. Ordered an additional 30 days are excluded under the Speedy Trial Act for presentation of this matter to the grand jury.Counsel Present for Plaintiff: Sean Hoar.Counsel Present for Defendant: Mark Weintraub.(Court Reporter Deborah Wilhelm) (cw) |

| | | |
|---|---|---|
| | | [6:06-mj-02020-TC] (Entered: 08/14/2006) |
| 09/05/2006 | 14 | **Minutes of Proceedings:**Status Conference before Judge Thomas M. Coffin as to Roshea Renee Louise Hutson: Defendant waives speedy indictment for another 45 days. Further Status Conference is set for 10/16/2006 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin.Counsel Present for Plaintiff: Sean Hoar.Counsel Present for Defendant: Mark Weintraub.(Court Reporter Kristi Anderson) (lae) [6:06-mj-02020-TC] (Entered: 09/05/2006) |
| 10/16/2006 | 15 | **Minutes of Proceedings:**Status Conference before Judge Thomas M. Coffin as to Roshea Renee Louise Hutson: Defendant orally waives an additional 30 days under the Speedy Trial Act for presentation of this matter to the grand jury. Ordered further Status Conference is set for 11/13/2006 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin.Counsel Present for Plaintiff: Sean Hoar.Counsel Present for Defendant: Mark Weintraub.(Court Reporter Deborah Wilhelm) (cw) [6:06-mj-02020-TC] (Entered: 10/16/2006) |
| 11/13/2006 | 16 | Scheduling Order as to Roshea Renee Louise Hutson Status Conference is RESET from 11/13/06, TO 11/15/2006 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. by Judge Thomas M. Coffin (cw) [6:06-mj-02020-TC] (Entered: 11/13/2006) |
| 11/15/2006 | 17 | **Minutes of Proceedings:**Status Conference before Judge Thomas M. Coffin as to Roshea Renee Louise Hutson: Ordered further Status Conference is set for 12/11/2006 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. Defendant's appearance is waived for the status conference. Ordered 30 days are excluded under the Speedy Trial Act for presentation of this matter to the grand jury.Counsel Present for Plaintiff: Sean Hoar.Counsel Present for Defendant: Mark Weintraub.(Court Reporter Deborah Wilhelm) (cw) [6:06-mj-02020-TC] (Entered: 11/15/2006) |
| 12/11/2006 | 18 | **Minutes of Proceedings:**Status Conference before Judge Thomas M. Coffin as to Roshea Renee Louise Hutson: Ordered further Status Conference is set for 1/8/2007 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. Defendant's appearance is waived for the status conference. Defendant orally waives an additional 30 days under the Speedy Trial Act for presentation of this matter to the grand jury.Counsel Present for Plaintiff: Byron Chatfield.Counsel Present for Defendant: Mark Weintraub.(Court Reporter Deborah Wilhelm) (cw) [6:06-mj-02020-TC] (Entered: 12/11/2006) |
| 01/08/2007 | 19 | **Minutes of Proceedings:**Status Conference before Judge Thomas M. Coffin as to Roshea Renee Louise Hutson: Ordered further Status Conference is set for 2/12/2007 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. Defendant's appearance is waived for the status conference. Defense counsel orally waives an additional 30 days under the Speedy Trial Act for presentation of this matter to the grand jury.Counsel Present for Plaintiff: Christopher Cardani.Counsel Present for Defendant: Mark Weintraub.(Court Reporter Kristi Anderson) (cw) [6:06-mj-02020-TC] (Entered: 01/08/2007) |
| 02/02/2007 | 20 | Scheduling Order as to Roshea Renee Louise Hutson: Defendant's appearance is required for the status conference set 2/12/07, before Judge Coffin. by Judge Thomas M. Coffin (cw) [6:06-mj-02020-TC] (Entered: 02/02/2007) |

| | | |
|---|---|---|
| 02/12/2007 | 21 | **Minutes of Proceedings:**Status Conference before Judge Thomas M. Coffin as to Roshea Renee Louise Hutson: Ordered further Status Conference is set for 3/12/2007 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. Defendant's appearance is required for the status conference. Defendant orally admonished regarding conditions of pretrial release.Counsel Present for Plaintiff: Sean Hoar.Counsel Present for Defendant: Mark Weintraub.(Court Reporter Kristi Anderson) (cw) [6:06-mj-02020-TC] (Entered: 02/13/2007) |
| 03/12/2007 | 22 | **Minutes of Proceedings:**Status Conference before Judge Thomas M. Coffin as to Roshea Renee Louise Hutson: Ordered further Status Conference is set for 5/14/2007 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. Defendant's appearance is required for the status conference.Counsel Present for Plaintiff: Sean Hoar.Counsel Present for Defendant: Mark Weintraub.(Court Reporter Kristi Anderson) (cw) [6:06-mj-02020-TC] (Entered: 03/13/2007) |
| 05/14/2007 | 23 | **Minutes of Proceedings:**Status Conference before Judge Thomas M. Coffin as to Roshea Renee Louise Hutson: Defendant's appearance is excused from today's proceeding. Status Conference is set for 6/18/2007 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. Defendant's appearance is waived for status conference.Counsel Present for Plaintiff: Leslie Baker.Counsel Present for Defendant: Mark Weintraub.(Court Reporter Kristi Anderson) (cw) [6:06-mj-02020-TC] (Entered: 05/14/2007) |
| 06/18/2007 | 24 | **Minutes of Proceedings:**Status Conference before Judge Thomas M. Coffin as to Roshea Renee Louise Hutson: Counsel indicates that a change of plea hearing can be set before the district court in approximately 30 days. The Government shall file an information and the clerk is directed to set COP hearing before assigned district judge. Status Conference is set for 7/16/2007 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. Defendant's appearance is waived for the status conference.Counsel Present for Plaintiff: Christopher Cardani.Counsel Present for Defendant: Mark Weintraub.(Court Reporter Deborah Wilhelm) (cw) [6:06-mj-02020-TC] (Entered: 06/18/2007) |
| 07/16/2007 | 25 | Information as to Roshea Renee Louise Hutson (1) count(s) 1 (sln) (Entered: 07/17/2007) |
| 07/17/2007 | 26 | Notice of Case Assignment to Judge Michael R. Hogan. (sln) (Entered: 07/17/2007) |
| 07/30/2007 | 27 | Scheduling Order as to Roshea Renee Louise Hutson ; Arraignment and Change of Plea is set for 9/11/2007 at 10:00AM in Eugene before U. S. District Judge Michael R Hogan. by Judge Michael R Hogan (lf) (Entered: 07/30/2007) |
| 09/10/2007 | 28 | Superseding Information as to Roshea Renee Louise Hutson. (lae) (Entered: 09/10/2007) |
| 09/11/2007 | 29 | Waiver of Indictment by Roshea Renee Louise Hutson. (lae) (Entered: 09/12/2007) |
| 09/11/2007 | 30 | Plea Petition as to Roshea Renee Louise Hutson signed by Judge Michael R Hogan. (lae) (Entered: 09/12/2007) |
| 09/11/2007 | 31 | **Minutes of Proceedings:**Arraignment Hearing held on 9/11/2007 before Judge Michael R Hogan for Defendant Roshea Renee Louise Hutson (1) on 1 Count |

| | | |
|---|---|---|
| | | Superseding Information. Defendant advised of rights and charges. Change of Plea Hearing held. Defendant Sworn. Waiver of Indictment filed. Guilty plea entered as to 1 Count Superseding Information. Sentencing is set for 11/20/2007 at 10:30AM in Eugene before U. S. District Judge Michael R Hogan.Counsel Present for Plaintiff: Kirk Engdall in place of Sean Hoar.Counsel Present for Defendant: Mark Weintraub.(Court Reporter Deborah Wilhelm)(Interpreter Present: None) (lf) (Entered: 09/18/2007) |
| 11/13/2007 | 34 | Unopposed Motion to Continue / Reset *Sentencing* by Roshea Renee Louise Hutson. (Weintraub, Mark) (Entered: 11/13/2007) |
| 11/16/2007 | 35 | Documents Received From Northern District of California Case No: 4-07-70671-WDB as to Roshea Renee Louise Hutson (sln) (Entered: 11/16/2007) |
| 11/19/2007 | 36 | Record of Order - Granting defendant's Motion 34 to Continue Sentencing Date as to Roshea Renee Louise Hutson (1). Sentencing is reset for 1/29/2008 at 10:30AM in Eugene before U. S. District Judge Michael R Hogan. by Judge Michael R Hogan (lf) (Entered: 11/19/2007) |
| 11/21/2007 | 37 | Pretrial Release Violation Arrest Warrant Returned Executed on 11/7/07 as to Roshea Renee Louise Hutson. (sln) (Entered: 11/21/2007) |
| 01/02/2008 | 38 | Scheduling Order as to Roshea Renee Louise Hutson Pretrial Release Violation Hearing is set for 1/7/2008 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. by Judge Thomas M. Coffin (cw) (Entered: 01/02/2008) |
| 01/07/2008 | 39 | Order of Detention as to Roshea Renee Louise Hutson by Judge Thomas M. Coffin signed on 1/7/08. (sln) (Entered: 01/07/2008) |
| 01/07/2008 | 40 | Order as to Roshea Renee Louise Hutson striking pretrial release violation hearing set 1/7/08. Defense counsel does not contest detention. See formal detention order. by Judge Thomas M. Coffin (cw) (Entered: 01/07/2008) |
| 01/29/2008 | 41 | Sentencing Memorandum filed by USA as to Roshea Renee Louise Hutson (Hoar, Sean) (Entered: 01/29/2008) |
| 01/29/2008 | 42 | **Minutes of Proceedings:**Sentencing Hearing held before Judge Michael R Hogan as to Defendant Roshea Renee Louise Hutson. Defendant sentenced to Time Served. Defendant to be released pending issuance of the judgment and commitment. See Formal Judgment. Defendant advised of right to appeal.Counsel Present for Plaintiff: Sean Hoar.Counsel Present for Defendant: Mark Weintraub.(Court Reporter Deborah Wilhelm)(Interpreter Present: None) (lf) (Entered: 01/29/2008) |
| 02/04/2008 | 43 | Statement of Reasons as to Roshea Renee Louise Hutson (NOTE: This document is filed under seal and will be served conventionally) by Judge Michael R Hogan signed on 2/4/08. (sln) (Entered: 02/14/2008) |
| 02/14/2008 | 44 | Judgment & Commitment as to Roshea Renee Louise Hutson (1), Count 1s - SENTENCE DATE: 1/29/08; IMPRISONMENT: credit for time served; SUPERVISED RELEASE: 3 years; RESTITUTION: $8,785 payable to Washington Mutual Fraud Support; SPECIAL ASSESSMENT: $100.00. Count 1 dismissed on the motion of the United States; by Judge Michael R Hogan signed on 2/13/08. (sln) (Entered: 02/14/2008) |

| | | |
|---|---|---|
| 02/19/2008 | 45 | Amended Judgment as to Roshea Renee Louise Hutson (1), only change is page 7 was removed as not necessary. by Judge Michael R Hogan signed on 2/18/08. (sln) (Entered: 02/19/2008) |
| 04/18/2008 | 46 | Supervised Release Jurisdiction Transferred Out to Central District of California (Case Number 4:08cr0180-1 CW) as to Roshea Renee Louise Hutson (sln) (Entered: 04/21/2008) |